**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01691

TCYK, LLC,

a California Limited Liability Company,

        Plaintiff,

  v.

JOHN DOES 1-20,

        Defendants.

**NOTICE OF RLEATED CASES**

Pursuant to D.C.COLO.LCivR 7.5, Counsel for Plaintiff TCYK, LLC, hereby notifies the court that the following cases are related to the above-captioned action in that all plaintiffs are holders of copyrights to mainstream films, there are John Doe defendants, and all of the cases concern alleged BitTorrent copyright infringement and therefore have common questions of law and fact:

1. Elf-Man, LLC v. Does 1-4, 1:13-cv-00686-WYD-MEH;
2. The Thompsons Film, LLC v. Does 2-8, 1:13-cv-00687-WYD-MEH;
3. The Ledge Distribution, LLC v. Does 1-6, 1:13-cv-00688-WYD-MEH;
4. Killer Joe Nevada, LLC v. Does 1-17, 1:13-cv-01292-WYD-MEH;
5. Killer Joe Nevada, LLC v. Does 1-20, 1:13-cv-01309-WYD-MEH;

6. Killer Joe Nevada, LLC v Does 1-20, 1:13-cv-01340-WYD-MEH;

7. TCYK, LLC v. Does 1-4 and 6-20, 1:13-cv-01461-WYD-MEH;

8. TCYK, LLC v. Does 1-20, 1:13-cv-01476-WYD-MEH;

9. TCYK, LLC v. Does 1-20, 1:13-cv-01630-WYD-MEH.

DATED this 26th day of June, 2013.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for TCYK, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *David J. Stephenson, Jr.*