IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01691-WYD-MEH

TCYK, LLC,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2013.**

    The above captioned case has been referred to Magistrate Judge Michael E. Hegarty pursuant to an Order Referring Case entered by Senior Judge Wiley Y. Daniel.

    It is hereby ORDERED that the Plaintiff shall file a status report within five (5) days of the date of this order, then on the tenth day of each month thereafter, informing the Court of the status of service in this case. For its monthly reports, the Plaintiff need not file a separate report in each case, but may include this case in one monthly report of associated cases; however, the Plaintiff shall separately notify the Court in which case the monthly status report is filed.