IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01691-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendant.

## ORDER

In accordance with Plaintiff's Notice of Dismissal With Prejudice of John Doe 2 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed on September 22, 2013 (ECF No. 15), it is

ORDERED that Defendant John Doe 2 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  September 23, 2013

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge