IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01691-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1, 3-20,

    Defendants.

---

## ORDER

---

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 6 and John Doe 20 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 21) and Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe 1 and John Doe 18 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 22) filed on November 10, 2013, it is

ORDERED that Defendants John Doe 6 and John Doe 20 are **DISMISSED WITH PREJUDICE**. John Doe 1 and John Doe 18 are **DISMISSED WITHOUT PREJUDICE**. These Defendants shall hereafter be taken off the caption.

Dated: November 12, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge