IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01691-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 3-5, 7-17, 19,

    Defendants.

---

## ORDER
---

    In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 3, 4, 5, 7, 11, 13, 14, 15, 16, and 19 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 27) filed on December 18, 2013, it is

    ORDERED that Defendants John Does 3, 4, 5, 7, 11, 13, 14, 15, 16, and 19 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  December 18, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge