IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01691-WYD-MEH

TCYK, LLC,

     Plaintiff,

v.

JOHN DOES 1-20,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 20, 2013.**

     In the interests of justice, Plaintiff's Motion for Leave to Amend Complaint in order to Identify Defendant John Doe 13 by Name [filed December 19, 2013; docket #29] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint, located at docket #29-3, as well as Exhibits A, B and C, located at dockets ## 29-4, 29-5, and 29-6.  Plaintiff shall serve the Defendant with the Second Amended Complaint in accordance with Fed. R. Civ. P. 4 and this Court's orders.