IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01691-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

THOMAS WIKOFF,

    Defendant.

---

**ORDER**

---

In accordance with the Notice of Multiple Unsuccessful Service Attempts and Voluntary Dismissal of Defendant Thomas Wikoff and the Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed December 30, 2013 (ECF No. 35), it is

ORDERED that Defendant Thomas Wikoff and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  December 30, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge